1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   SAMANTHA BENNETT (NYBN 5132063)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
7       Telephone: (510) 637-3680
        FAX: (510) 637-3724
8       Jonathan.Lee@usdoj.gov
        Samantha.Bennett@usdoj.gov
9

10 Attorneys for United States of America

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  OAKLAND DIVISION

14 | UNITED STATES OF AMERICA,           ) NO. 22-CR-00003-02 JSW
                                         )
15 |     Plaintiff,                      ) JOINT STATUS REPORT AND STIPULATION TO
                                         ) CONTINUE HEARING AND EXCLUDE TIME
16 |  v.                                 ) FROM APRIL 19, 2022, TO MAY 17, 2022 AND
                                         ) [PROPOSED] ORDER
17 | SHEILA QUINTANA,                    )
                                         )
18 |     Defendant.                      )
                                         )
19

20      The above-captioned matter is currently scheduled for a status conference before the Court via

21 teleconference line on April 19, 2022. The parties now request that the status conference be continued

22 to May 17, 2022, at 12:00 p.m.

23      The defendant appeared before the magistrate court in this district for the first time on February

24 2, 2022, and counsel was appointed on February 4, 2022. The government and defense counsel have

25 agreed on the terms of a stipulated protective order, and the government produced an initial batch of

26 discovery in February. The government is preparing to imminently produce a larger, second batch of

27 discovery, and is reviewing whether there are additional materials requiring production. Discovery in

28 this matter is voluminous, and defense counsel will need time to review the produced materials and to

JOINT STATUS REPORT
Case No. 22-CR-00003-02 JSW

confer with their client. The parties have had initial discussions and will continue to confer regarding the case. The parties therefore request that the status hearing be continued to May 17, 2022, to allow defense counsel sufficient time to review the forthcoming discovery materials and to confer with the defendant.

The defendant agrees that the May 17, 2022, status hearing and further status conferences may be held via teleconference line, and the defendant agrees to waive her personal appearance at this hearing.

It is further stipulated by and between counsel for the United States and counsel for the defendant that time be excluded under the Speedy Trial Act from April 19, 2022, through May 17, 2022. The parties stipulate and agree that excluding time until May 17, 2022, will allow for the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 19, 2022, through May 17, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this joint status report and proposed order.

IT IS SO STIPULATED.

DATED: April 12, 2022  /s/
JONATHAN U. LEE
SAMANTHA BENNETT
Assistant United States Attorney

DATED: April 12, 2022  /s/
AUGUST GUGELMANN
CARLY BITTMAN
Counsel for Defendant Sheila Quintana

JOINT STATUS REPORT
Case No. 22-CR-00003-02 JSW

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court hereby CONTINUES the status hearing currently scheduled for April 19, 2022, to May 17, 2022 at 12:00 p.m. The status hearing will be held by teleconference line, and the parties are ordered to submit a joint status report no later than May 10, 2022.

The Court further finds that failing to exclude the time from April 19, 2022, through May 17, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 19, 2022, to May 17, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 19, 2022, through May 17, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 12, 2022

HON. JEFFREY S. WHITE
United States District Judge

JOINT STATUS REPORT
Case No. 22-CR-00003-02 JSW